$1,901.87, and, as modified, affirmed, without costs. Order filed.

HALL, Appellant, v. HALL, Respondent. (Supreme Court, Appellate Division, First Department. October 15, 1909.) Action by George R. Hall against Frances M. W. Hall. W. C. Margeson, for appellant. I. T. Flatto, for respondent. No opinion. Order modified, by reducing alimony to $100 a month and counsel fee to $150, and, as modified, affirmed, without costs. Settle order on notice.

HALLEY, Respondent, v. NEW YORK CENT. & H. R. R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. June 22, 1909.) Action by James A. Halley against the New York Central & Hudson River Railroad Company.
PER CURIAM. Motion for leave to appeal to the Court of Appeals denied, without costs.
BURR, J., taking no part.

HAMLIN, Respondent, v. HILTON, Appellant. (Supreme Court, Appellate Division, Second Department. October 8, 1909.) Action by Edwin D. Hamlin against Alexander Hilton. No opinion. Judgment of the Municipal Court affirmed, with costs.

HAMMOND BEEF CO., Respondent, v. HAVRICHAK, Appellant. (Supreme Court, Appellate Division, Fourth Department. October 20, 1909.) Action by the Hammond Beef Company against Mary Havrichak.
PER CURIAM. Judgment of County Court and of Justice's Court reversed, with costs in all courts to appellant. Held, that the complaint was not verified as required by law, so as to entitle the plaintiff to judgment thereon by default.
SPRING and WILLIAMS, JJ., dissent.

HANNA, Respondent, v. ZITO, Appellant. (Supreme Court, Appellate Division, First Department. June 11, 1909.) Action by Charles A. Hanna, as receiver, against Frank Zito. G. A. Baker, for appellant. J. M. Marshall, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

HARBAUGH, Appellant, v. HOLLIS PARK CO. et al., Respondents. (Supreme Court, Appellate Division, Second Department. October 12, 1909.) Action by Parvin Harbaugh against the Hollis Park Company and others. No opinion. Judgment affirmed, with costs.

HARDEN, Respondent, v. TOWN OF CHARLOTTE, Appellant. (Supreme Court, Appellate Division, Fourth Department. October 6, 1909.) Action by Frank D. Harden against the Town of Charlotte. No opinion. Judgment and order affirmed, with costs.

HARRISON, Appellant, v. RAVENSWOOD CO., Respondent. (Supreme Court, Appellate Division, First Department. June 11, 1909.) Action by John W. Harrison against the Ravenswood Company. H. M. Harmon, for appellant. E. L. Blackman, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

In re HART. (Supreme Court, Appellate Division, First Department. June 25, 1909.) In the matter of Benjamin Hart, deceased. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

In re HARTEAU et al. (Supreme Court, Appellate Division, Second Department. June 4, 1909.) In the matter of the final judicial settlement of the account of Margaret N. Harteau and others, as executors, etc. No opinion. Motion denied, without costs. See, also, 125 App. Div. 710, 110 N. Y. Supp. 59.

HARTMETZ, Respondent, v. BUFFALO EXPANDED METAL CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. July 6, 1909.) Action by Fred Hartmetz against the Buffalo Expanded Metal Company.
PER CURIAM. Judgment and order reversed, and new trial ordered, with costs to appellant to abide event, unless the plaintiff shall within 20 days stipulate to reduce the verdict to the sum of $6,000 as of the date of the rendition thereof, in which event the judgment is modified accordingly, and, as so modified, is, together with the order, affirmed, without costs of this appeal to either party.

HARTMETZ, Respondent, v. BUFFALO EXPANDED METAL CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. September 29, 1909.) Action by Fred Hartmetz against the Buffalo Expanded Metal Company. No opinion. Motion for leave to appeal to Court of Appeals denied, with $10 costs.

In re HASSELBROOK'S ESTATE. (Supreme Court, Appellate Division, Second Department. June 4, 1909.) In the matter of the estate of John H. Hasselbrook, deceased. No opinion. Order of the Surrogate's Court of Kings county affirmed, with $10 costs and disbursements. See, also, 128 App. Div. 874, 113 N. Y. Supp. 97.

HATCH, Respondent, v. WARREN, Appellant. (Supreme Court, Appellate Division, First Department. October 15, 1909.) Action by Edward S. Hatch against Lyman E. Warren. A. Thain, for appellant. V. P. Donihee, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

HAVILAND, Appellant, v. CITY OF NEW YORK, Respondent. (Supreme Court, Appel-